# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133568

DAIMLERCHRYSLER CORPORATION,
      Plaintiff-Appellee,

v

PROFESSIONAL CORPORATE
INTELLIGENCE, INC., and FIRST
MERCURY INSURANCE COMPANY,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133568
COA: 272165
Wayne CC: 01-112090-CK

On order of the Court, the application for leave to appeal the February 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

_____
Clerk